IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LACY E. TILLEY, JR.,                    )
                                        )
          Plaintiff,                    )
                                        )
     vs.                                )      Civil Action No.09-299
                                        )      Judge Arthur J. Schwab/
ALLEGHENY COUNTY JAIL;                  )      Chief Magistrate Judge Amy Reynolds Hay
RAMON RUSTIN, Warden;                   )
U.S. MARSHALL SUPERVISOR;               )
C.0. BUTLER; CAPTAIN LEIGHT;            )
CAPTAIN MAUST; CAPTAIN                   )
STANTON; SERGEANT COULTER;              )
KENGERSKI; C.O. KOVAC; CAPTAIN          )
DEMORE; ALLEGHENY COUNTY                )
HEALTH SERVICES; DANA PHILLIPS;         )
DR. MEBANE; NURSE NANCY,                )
               Defendants.              )

## O R D E R

AND NOW, this **23** day of **April** , 2010, after the Plaintiff, Lacy

E. Tilley, Jr., filed an action in the above-captioned case, and after a Motion for a Temporary

Restraining Order and/or Preliminary Injunction was filed by Plaintiff, and after a Report and

Recommendation was filed by the United States Magistrate Judge granting the parties until April

16, 2010, to file written objections thereto, and no objections having been filed, and upon

independent review of the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motionfor a Temporary Restraining Order

and/or Preliminary Injunction is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

ARTHUR SCHWAB
United States District Judge

cc:    Honorable Amy Reynolds Hay
United States Magistrate Judge

Lacy E. Tilley, Jr.
#142623
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

All Counsel of Record by electronic filing